EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2012 TSPR 124 |
| Designación Miembro de la Comisión de Evaluación Judicial | 186 DPR ____ |

Número del Caso: EN-2012-9

Fecha: 8 de agosto de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación Miembro de la
Comisión de Evaluación          EN-2012-9
Judicial

RESOLUCIÓN

San Juan, Puerto Rico, a 8 de agosto de 2012.

En virtud del Art. 8 de la Ley Núm. 91 de 5 de diciembre de 1991, según enmendada, se designa al siguiente abogado como Miembro de la Comisión de Evaluación Judicial:

Lcdo. Ángel González Román

A su vez, el Tribunal expresa su agradecimiento al Lcdo. José M. Biaggi Junquera por los seis años que sirvió como Miembro de la Comisión de Evaluación Judicial con dedicación y compromiso con la Rama Judicial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo